[No. 18214-9-II.   Division Two.   September 27, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v.
SCOTT R. KARCH, *Appellant*.

Appeals from the judgments of the Superior Court for Lewis County, No. 93-1-00324-7, David R. Draper, J., entered April 15, 1994. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Turner and Armstrong, JJ.

[Nos. 18495-8-II; 18580-6-II.   Division Two.   September 27, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v.
VINCENT RAY THORP, JR., *Appellent*.

THE STATE OF WASHINGTON, *Appellent*, v.
VINCENT RAY THORP, JR., *Respondent*.

Appeal from a judgment of the Superior Court for Skamania County, No. 94-1-00007-0, Ted Kolbaba, J., entered July 29, 1994. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Houghton, A.C.J., and Turner J.

[No. 18770-1-II.   Division Two.   September 27, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v.
JAYCEN CHRISTOPHER NESS, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 92-1-01441-6, Thomas L. Lodge, J., entered October 31, 1994. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Houghton, A.C.J., and Morgan, J.